## Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1.  To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court.  You are asking for relief from the conviction or the sentence.  This form is your petition for relief.

2.  You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered.  If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form.  If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions.  You do not need to cite law.  You may submit additional pages if necessary.  If you do not fill out the form properly, you will be asked to submit additional or correct information.  If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6.  You must pay a fee of $5.  If the fee is paid, your petition will be filed.  If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person).  To do that, you must fill out the last page of this form.  Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.  If your account exceeds $ _____ , you must pay the filing fee.

7.  In this petition, you may challenge the judgment entered by only one court.  If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8.  When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:

### Clerk, United States District Court for the District of Massachusetts
### 1 Courthouse Way, Suite 2300
### Boston, MA  02210

If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9.  **CAUTION:** **You must include in this petition all the grounds for relief from the conviction or sentence that you challenge.  And you must state the facts that support each ground.  If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date**.

10. **CAPITAL CASES:** **If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel**.

AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts |
|---|---|

| Name (under which you were convicted): Etnid R. Lopez | Docket or Case No.: |
|---|---|

| Place of Confinement : MCI Norfolk | Prisoner No.: W105048 |
|---|---|

| Petitioner (include the name under which you were convicted) Etnid R. Lopéz | Respondent (authorized person having custody of petitioner) Nelson Alves, Superintendent MCI Norfolk |
|---|---|
| v. | |

The Attorney General of the State of: Massachusetts

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

Bristol Superior Court, Fall River Superior Courthouse, 186 South Main Street, Fall River, MA 02720

_____

_____

(b) Criminal docket or case number (if you know): 1073CR01132

2.   (a) Date of the judgment of conviction (if you know): 08/13/2014

(b) Date of sentencing: 08/14/14

3.   Length of sentence:   Life with the possibility of parole after 15 years (juvenile homicide sentence)

4.   In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5.   Identify all crimes of which you were convicted and sentenced in this case: First degree murder

_____

_____

_____

_____

_____

_____

6.   (a) What was your plea? (Check one)

☑ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

☐ (2)   Guilty           ☐ (4)   Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.   Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:   Massachusetts Supreme Judicial Court

(b) Docket or case number (if you know):   SJC-12007

(c) Result:   Judgment of conviction affirmed

(d) Date of result (if you know):   08/20/2020

(e) Citation to the case (if you know):   485 Mass. 471, 151 N.E. 3d 367 (2020)

(f) Grounds raised:   I. A motion judge erroneously denied a motion to suppress petitioner's statements in police custody where statements were involuntary and their admission violated his state and federal constitutional rights. II. Text messages were insufficiently attributable to petitioner and improperly admitted. III. Co-venturer's statements were improperly admitted under joint venture exception to the hearsay rule. IV. Trial judge erred in failing to instruct jury on involuntary manslaughter.

(Direct appeal issues)

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?　☐ Yes　☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.　Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?　☑ Yes　☐ No

11.　If your answer to Question 10 was "Yes," give the following information:

(a)　(1) Name of court: Massachusetts Supreme Judicial Court transferred to Bristol Superior Court

(2) Docket or case number (if you know): SJC-12007; Superior Court No. 1073CR01132

(3) Date of filing (if you know): 06/30/2017

(4) Nature of the proceeding: Motion for a new trial and for postconviction discovery

(5) Grounds raised: I. Defendant was deprived of new substantial third-party culprit evidence because of trial counsel's failure to investigate new third-party culprit evidence, which was ineffective assistance of counsel. II. Defendant was deprived of exculpatory evidence because of trial counsel's failure to seek defense witness immunity and because of the prosecution's effort to distort fact-finding. III. Defendant sought postconviction discovery of the prosecution's favorable treatment to prosecution witness and statements of a witness interviewed by police that supported his third-party culprit defense.

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes　☑ No

(7) Result: Denial of motion for a new trial and for postconviction discovery

(8) Date of result (if you know): 07/30/2018

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:   N/A

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes   ❏ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:   N/A

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❑ Yes    ❑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☑ Yes    ❑ No

(2) Second petition:   ❑ Yes    ❑ No

(3) Third petition:    ❑ Yes    ❑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts
supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   Admitting juvenile's statements obtained by police use of minimization and deception and

ignoring his invocation of his right of silence violated his due process and 4th Amendment constitutional rights.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Police took Petitioner, then seventeen, involuntarily to police station for questioning and told his mother she

could not go with him. At station, officers minimized the importance of his Miranda rights and repeatedly told him

he was not in custody and was not a suspect in the murder, using deception and minimization. Fifty-five minutes

into questioning that had become pointed and accusatory, petitioner invoked his right of silence, saying "I'm

done." The officers ignored his statement and continued to engage him in questioning. Another fifty minutes and

the petitioner again told the officers that he was done and wanted a lawyer. The jury saw the video of his

interview, including his invocation of right of silence. The jury were not given the humane practice instruction.

(b) If you did not exhaust your state remedies on Ground One, explain why:   This ground is exhausted. A motion to

suppress statements was denied by a motion judge before trial.  The ground was argued to and decided by the

Supreme Judicial Court.

(c)      **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3) Did you receive a hearing on your motion or petition?      ☐ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☐ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

---

**GROUND TWO:**          Trial counsel's failure to investigate death of third-party culprit, who testifed at prior trial, deprived petitioner of new evidence that third party culprit admitted that he had stabbed the murder victim

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Jared Garham was present at the stabbing. He led police to the purported murder weapon and testified at 1st of 3 trials for murder. Before trial of defendant's brother, Garnham was to board a bus in Pittsburgh to return to testify at that trial. Instead, at the last moment, he hijacked a girlfriend's car with her infant inside.Before hijacking, she heard his statements in response to phone calls that indicated his culpability in murder. After a police chase in he invited police to shoot him, Garnham was killed by "suicide by cop". Had trial counsel investigated his death, which he knew about from publicity in Massachusetts and from petitioner asking him to investigate, he could have located the former girlfriend who provided an affidavit, stating that Garnham told her he had stabbed the victim and descrbing his inculpatory statements.

(b) If you did not exhaust your state remedies on Ground Two, explain why:   This ground is exhausted.  A motion for a new trial was decided by a Superior Court judge and the propriety of the denial of that motion was argued to and decided by the Supreme Judicial Court.

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ❒  Yes     ☑  No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:   It was raised by way of a new trial motion which was consolidated and decided with the direct appeal.

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ❒  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Motion for a new trial

Name and location of the court where the motion or petition was filed:   Supreme Judicial Court Boston, which transferred the new trial motion to Bristol Superior Court Fall River, MA for determination

_____

Docket or case number (if you know):   1173CR01132

Date of the court's decision:   07/30/2018

Result (attach a copy of the court's opinion or order, if available): New trial motion denied. Decision

attached.

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?               ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Judicial Court and Bristol Superior

Court

Docket or case number (if you know):  SJC-12007

Date of the court's decision:  08/20/2020

Result (attach a copy of the court's opinion or order, if available): Denial of new trial motion affirmed

SJC decision attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : N/A

**GROUND THREE:**         Erroneous admission of out-of-court statements by alleged joint venturer as exception

to hearsay rule prejudiced him and their improper admission violated his constitutional confrontation rights.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner objected to witness's testimony on two out-of-court statements made by petitioner's alleged coventurer.

The judge ruled that a joint venture was shown by a preponderance of the evidence to exist. One statement was

"is that him" made by coventurer to petitioner as petitioner cahsed victim. The other statement was made by co-

venturer to petitioner and was "did you get him". There was inadequate evidence that the statements were made

by the alleged coventurer. A joint venture to commit the charged offense to murder had not been shown, even if a

joint venture to beat the victim had been shown. The second admitted statement was not shown to be in

furtherance of the joint venture. The statements did not qualify under the joint venture hearsay exception.

(b) If you did not exhaust your state remedies on Ground Three, explain why: This ground is exhausted and was raised and decided by the SJC on direct appeal.

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):   Attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:**   N/A
_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ❒   Yes        ❒   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒   Yes        ❒   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                   ❑  Yes       ❑  No

(4) Did you appeal from the denial of your motion or petition?              ❑  Yes       ❑  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❑  Yes       ❑  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)       **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

_____

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?     ☑ Yes        ☐    No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them:   _____

_____

_____

_____

(b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

No   _____

_____

_____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?        ☐     Yes     ☑ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy
of any court opinion or order, if available.   _____

_____

_____

_____

_____

_____

_____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
the judgment you are challenging?        ☐     Yes     ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues
raised.   _____

_____

_____

_____

_____

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:   Scott P. Curtis (Retired)

(b) At arraignment and plea:   Scott P. Curtis   Ruskin, Florida 33570 (Retired)

(c) At trial:   J. Drew Segadelli 536 Main Street Falmouth MA 02540

(d) At sentencing:   Drew Segadelli 536 Main Street Falmouth MA 02540

(e) On appeal:   Elizabeth Doherty PO Box 9276 Fall River, MA 02720

(f) In any post-conviction proceeding:   Elizabeth Doherty

(g) On appeal from any ruling against you in a post-conviction proceeding:   Elizabeth Doherty

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes     ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes     ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The petition is timely filed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
        custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)     the date on which the judgment became final by the conclusion of direct review or the expiration
                of the time for seeking such review;

        (B)     the date on which the impediment to filing an application created by State action in violation of
                the Constitution or laws of the United States is removed, if the applicant was prevented from
                filing by such state action;

        (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court,
                if the right has been newly recognized by the Supreme Court and made retroactively applicable to
                cases on collateral review; or

        (D)     the date on which the factual predicate of the claim or claims presented could have been
                discovered through the exercise of due diligence.

AO 241                                                                                                    Page 16
(Rev. 01/15)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
        respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
        under this subsection.

Therefore, petitioner asks that the Court grant the following relief: immediate release from confinement and custody

of the Commonwealth of Massachusetts.

or any other relief to which petitioner may be entitled.

_____
/s/ Elizabeth Doherty BBO #549334 PO Box 9276 Fall R
~~Signature~~ of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____07/23/2021_____ (date).

_____
/s/ Etnid R. Lopez
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Petitioner's attorney is filing the petition at his direction and on his behalf as his attorney.